ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
MATTHEW E. LLOYD Special Assistant United States Attorney (#9105)
CAROL A. DAIN Assistant United States Attorney (#10065)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: mlloyd@agutah.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography; |
| vs. | 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), Receipt of Child Pornography; |
| JOEL LEHI ORGANISTA, | |
| Defendant. | 18 U.S.C. § 2252A(a)(1) and (b)(1), Transportation of Child Pornography |
| | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography. |
| Case: 2:21-cr-00264 Assigned To : Barlow, David Assign. Date : 6/23/2021 | |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

On or about, April 30, 2021, in the District of Utah, and elsewhere

JOEL LEHI ORGANISTA,

defendant herein, knowingly did and attempted to employ, use, persuade, induce, entice and coerce a minor, Minor #1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 2
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt of Child Pornography)

Beginning on a date unknown and continuing through April 30, 2021, in the District of Utah,

JOEL LEHI ORGANISTA,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

## COUNT 3
18 U.S.C. § 2252A(a)(1) and (b)(1)
(Transportation of Child Pornography)

Beginning on a date unknown and continuing through February 15, 2021, in the District of Utah, and elsewhere,

JOEL LEHI ORGANISTA,

defendant herein, did knowingly transport any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1).

## COUNT 4
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

On a date unknown, continuing through June 2, 2021, in the District of Utah,

JOEL LEHI ORGANISTA,

defedant herein, did knowingly possess and access with intent to view any material which contains an image of child pornography, involving a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to

do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B), and § 2252A(b)(2).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
MATTHEW E. LLOYD
Special Assistant United States Attorney